IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.  Criminal No. 1:16CR76

IAN NIGEL PAGE,

      Defendant.

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to 18 U.S.C. §3143(a)(1).

**DATED** this 15th day of February, 2022.

                Respectfully submitted,
                WILLIAM IHLENFELD
                United States Attorney

                /s/ Brandon S. Flower
                Brandon S. Flower
                Assistant United States Attorney