UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

      Plaintiff

V.

                                            Criminal No. 1:16CR76

IAN NIGEL PAGE,

      Defendant.

## APPOINTMENT ORDER AND ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [ECF NO. 111]

Pending before the Court is a motion [ECF No. 111] by Defendant's counsel to withdraw from representation in this matter. The undersigned convened a hearing on the same on January 9, 2024, at which appeared both Defendant himself and counsel, S. Andrew Arnold. Both Defendant and his counsel indicated that they were agreeable to proceeding by videoconference, and both executed a written wavier to that effect [ECF No. 116], which the Court **ORDERED** to be filed herein. On the record, the Court determined that Defendant did not oppose counsel's motion, and in fact had requested that it be filed. Accordingly, as more fully set forth on the record, it is hereby **ORDERED** that the motion [ECF No. 111] is **GRANTED**.

Further, the above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is **ORDERED**, Assistant Federal Public Defender, Katy Cimino, of 230 West Pike Street, Huntington Bank, Ste. 360, Clarksburg, West Virginia 26301, Telephone No. (304) 622- 3823, is hereby **APPOINTED** to represent the defendant in this action.

The Clerk is directed to forward a copy of this Order to the defendant, Defendant's prior counsel Andrew S. Arnold, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: Jan. 9, 2024

_____
MICHAEL J. ALOI
UNITED STATES MAGISTRATE JUDGE