**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                  **// Crim. Action No. 1:16-CR-76**
                                    **(Judge Kleeh)**

**IAN NIGEL PAGE,**

       **Defendant.**

---

**ORDER SCHEDULING FINAL REVOCATION HEARING**

---

For good cause, the Court **SCHEDULES** a final revocation hearing in this case on **June 26, 2024**, at **3:30 p.m.**, at the **Clarksburg, West Virginia**, point of holding court.

The Office of Probation and the United States are **DIRECTED** to sit at separate tables throughout the hearing.

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

**DATED:** June 12, 2024

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA