FILED
SEP 17 2024
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

1:16-cr-74   9/8/24

This is Federal Inmate Ian Page sentenced originally by Judge Keeley back in 2017, again in 2022, and most recently by Judge Kleeh in 2024.

I'm writing to ask the ~~Clerk~~ Clerk of Court to please send me a copy of my Judgement & Commitment and my Docket Sheet.

Currently I'm serving out the remainder of my sentence at the address provided below.

Your time and consideration in my request is greatly appreciated.

Thank You!!

Ian Nigel Page 62652-037
Federal Correctional Institution
P.O. Box 725
Edgefield, SC. 29824