# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| **Cheryl Dean Riley**<br>**Clerk of Court** | **OFFICE OF THE CLERK OF COURT**<br>**POST OFFICE BOX 471**<br>**WHEELING, WEST VIRGINIA 26003**<br>**(304) 232-0011**<br>**Facsimile (304) 233-2185** | **Stephanie Hainer Ojeda**<br>**Chief Deputy Clerk** |

September 17, 2024

WARDEN - FCI EDGEFIELD
P.O. Box 725
Edgefield, SC 29824

      Re:    USA v. Ian Page
             Criminal Action No. 1:16-cr-76

Dear Warden:

      Please be advised that Ian Page_____, inmate number _____ who is incarcerated in your facility:

[✓] has requested a copy of a docket sheet from our Court regarding the above entitled matter.

[✓] has requested a copy/copies of the judgment._____
_____
_____
from our Court filed in the above entitled criminal matter.

      Rather than provide this/these document(s) directly to him/her, we hereby enclose the same and leave it to your discretion as to whether it/they will be provided to the inmate directly or reviewed with him/her within any constraints set by your office.

      If you have any questions, please do not hesitate to contact us.

                                      **Cheryl Dean Riley, Clerk of Court**

                                    **BY**: H. Carson_____
                                               Deputy Clerk

Enclosure
cc:  Ian Page